IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | CASE NO. EP-12-CR-00849-FM |
| § | |
| ISMAEL ZAMBADA-GARCIA, § | |
| a.k.a. "Mayo" § | |

**ENTRY OF APPEARANCE OF COUNSEL**

    I wish to enter my appearance as retained counsel for the above-named defendant in this cause. I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by the Order of the Court.

DATED: July 26, 2024

                                        Respectfully submitted,

                                        /s/ *Frank A Perez*_____
                                        Frank A Perez
                                        State Bar No. 00789541
                                        9110 Scyene Rd.
                                        Dallas, Texas 75227
                                        Telephone (214) 828-9911
                                        Facsimile (214) 828-2104
                                        Email: frankperezlaw@outlook.com

                                        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2024 the foregoing Entry of Appearance was filed electronically with the clerk of the United States District Court for the Western District of Texas to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

/s/ *Frank A Perez*
Frank A Perez