# United States District Court
## Western District of Texas
### El Paso Division

FILED
Jul 26, 2024
Clerk, U.S. District Court
Western District of Texas

By: _____MG_____
Deputy

**UNITED STATES OF AMERICA** §
§
vs. § No: EP:12-CR-00849(2)-KC
§
**(2) ISMAEL ZAMBADA GARCIA** §
§

*Defendant*

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tenders a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **26th day of July, 2024**.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| | § |
| vs. | §  NO:  EP:12-CR-00849(2)-FM |
| | § |
| | § |
| (2) ISMAEL ZAMBADA GARCIA | § |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
### AND
### ENTRY OF PLEA OF NOT GUILTY

**COMES NOW** Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date:  7-26-24

_____
DEFENDANT

_____
Signature of Attorney

### ORDER

**APPROVED** by the Court. A plea of "Not Gulity" is entered for defendant effective **this date.**

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE