AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. EP-12-CR-849-FM(2) |
| Ismael Zambada Garcia, a.k.a. "Mayo" | ) |
|  | ) |
|  | ) |
| Defendant | |

RECEIVED
U.S. MARSHALS

2012 APR 16 A 9:29

WESTERN DISTRICT
OF TEXAS-EL PASO
WARRANTS DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ismael Zambada Garcia, a.k.a. "Mayo"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Please see attached document.

Date: 4/13/12

Issuing officer's signature

City and state: El Paso, Texas

William G. Putnicki, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/29/2021, and the person was arrested on *(date)* 7/25/2024
at *(city and state)* EL PASO, TX

Date: 7/26/2024

Arresting officer's signature

Colby Price SI/TFA
*Printed name and title*