# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CAUSE NO: EP:12-CR-00849(2)KC |
| (2) ISMAEL ZAMBADA GARCIA | § § | |

## ENTRY OF APPEARANCE AS CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now, Ray Velarde, Attorney at Law, 1216 Montana, El Paso, Texas, 79902, and files this, his Entry of Appearance as co-counsel with Frank Perez on behalf of Defendant who has retained the undersigned attorneys to represent him as his attorneys of record in the above styled and numbered cause.

**WHEREFORE, PREMISES CONSIDERED,** Ray Velarde and Defendant, pray this Court will permit Ray Velarde to appear as co-counsel with Frank Perez and to be shown as attorneys of record in all future matters, to receive copies of all pleadings, and to receive all notices on behalf of Defendant.

Respectfully submitted,

*/s/ Ray Velarde*
_____

**RAY VELARDE**
Attorney for Defendant
1216 Montana Avenue
El Paso, Texas 79902
(915) 532-6003
(915) 542-2341 FAX
State Bar No. 20539950
Ray@velardelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of July 2024, through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing: U. S. Attorney, 700 E. San Antonio, 2nd Floor, El Paso, Texas 79901.

*/s/ Ray Velarde*

**RAY VELARDE**