United States District Court
Western District of Texas
El Paso
**Deficiency Notice**

| | |
|---|---|
| To: | Velarde, Ray |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, July 31, 2024 |
| Re: | 03:12-CR-00849-KC / Doc # 1303 / Filed On: 07/31/2024 04:29 PM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Leave of Court is required for filing Sealed Documents.   Please file a Motion for Leave to File Under Seal and attach the proposed sealed Motion for the Court's review.  NOTE: An NEF will be generatedwhen a sealed document is filed, but the document will not be viewable. Accordingly, the parties may not use the Court's electronic facilities to serve a sealed document. Service must be by other way