## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-12-CR-00849-KC** |
| | § | |
| **(2) ISMAEL ZAMBADA GARCIA aka "Mayo",** | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER ON GOVERNMENT'S UNOPPOSED MOTION FOR DESIGNATION AS COMPLEX CASE AND TOLLING OF SPEEDY TRIAL PROVISIONS

Came on this date to be considered the unopposed Motion For Designation As Complex Case and Tolling Of Speedy Trial Provisions in the above styled cause, and after considering the same, the Court is of the opinion that it should be GRANTED.

THE COURT HEREBY FINDS that the ends of justice will be served by granting the Government's motion and such ends of justice outweigh the interests of the public and the defendant in a speedy trial, based on the following factors: the charges and issues in this case are unusual and complex, the discovery is voluminous, and it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act;

IT IS ORDERED that the case is hereby designated "Complex;" and

IT IS FURTHER ORDERED that the time period between the filing of the government's instant motion and the date of the next Status Conference is excluded under the provisions of Title 18, United States Code, section 3161(h)(8).

SIGNED this 1st day of August, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE