**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ray Velarde
Attorney at Law
1216 Montana Avenue
El Paso, TX 79902
EP12CR849KC-2 # 1315

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8271 3094 5416 40

2. Article Number (Transfer from service label)

7020 1810 0001 9915 3623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
A. Fabela   8/5/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**FILED**

**AUG 0 7 2024**

**CLERK, U.S. DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**BY _____ DEPUTY CLERK**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt