UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:12-CR-849(2)-KC |
| | § | |
| (2) ISMAEL ZAMBADA GARCIA | § | |
| a/k/a "Mayo" | § | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S NOTICE OF TRANSFER AND UNOPPOSED MOTION FOR TOLLING OF SPEEDY TRIAL PROVISIONS

Defendant, Ismael Zambada Garcia, by and through his attorney, Frank A. Perez, files this Response to Government's Notice of Transfer and Unopposed Motion for Tolling of Speedy Trial Provisions and would show the Court the following:

1. Defendant does not oppose to the transfer, via a writ of habeas corpus and prosequendum, to the E.D.N.Y;

2. Defendant does not oppose to remain in the custody of the E.D.N.Y. through the completion of proceedings in that matter;

3. Defendant does not oppose to the pending completing of proceedings in the E.D.N.Y. a stay of all further proceedings in this District and to the extent additional hearings must be held here, an excusal of Defendant's presence from any such hearings; and

4. Defendants does not oppose to a tolling of the provisions of the Speedy Trial Act in this District until the completion of proceedings in the E.D.N.Y.

Defendant respectfully requests this Court to adjourn the status conference currently scheduled on September 9, 2024 at 1:00pm pending his transfer to E.D.N.Y.

Respectfully submitted,

*/s/ Frank A. Perez*
FRANK A. PEREZ
State Bar No. 00789541
9110 Scyene Rd.
Dallas, Texas 75227
Telephone: 214-828-9911
Email: frankperezlaw@outlook.com

ATTORNEY FOR ISMAEL ZAMBADA GARCIA


*/s/ Ray Velarde*
RAY VELARDE
State Bar No. 20539950
1216 Montana Ave.
El Paso, Texas 79902
Telephone: 915-532-6003
Email: ray@velardelaw.com

ATTORNEY FOR ISMAEL ZAMBADA GARCIA

## CERTIFICATE OF SERVICE

I certify that on the 5th day September, 2024, the foregoing response was filed electronically with the clerk of the United States District Court for the Western District of Texas to be served by the Court's electronic filing system upon the Assistant United States Attorney.

*/s/ Frank A. Perez*
FRANK A. PEREZ