UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § EP:12-CR-00849(2)-KC |
| | § |
| (2) Ismael Zambada Garcia | § |

## ORDER CANCELLING STATUS CONFERENCE (DEFENDANT NEEDED)

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **STATUS CONFERENCE (DEFENDANT NEEDED) on Monday, September 09, 2024 at 01:00 PM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 5th day of September, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE