**U.S. Department of Justice**         Rule 20 -- Transfer Notice

| To: United States Attorney Justin R. Simmons | District<br>Western District of Texas | Date |
|---|---|---|
| Name of Subject:<br>Ismael Zambada Garcia | Statute Violated<br>18 U.S.C. § 1962(d) | File Data *(Initials and Number)*<br>EP-12-CR-00849-KC |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea      Date of Sentence      Sentence

| From *(Signature and Title)*<br>*Joseph Nocella* U.S. Attorney<br>Eastern District of New York | Address U.S. Attorney's Office - Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn NY 11201 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*

☐ Enclosed are two certified copies of indictment or information      Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>Digitally signed by JUSTIN SIMMONS<br>Date: 2025.08.07 12:39:40 -05'00'<br>U.S. Attoney<br>Western District of Texas | District<br>Western District of Texas | Date |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231<br>NOV. 85

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    Plaintiff,

v.

ISMAEL ZAMBADA GARCIA

    Defendant.

NO.  09-CR-466 (S-5) (BMC) (E.D.N.Y.)
       EP-12-CR-00849-KC (W.D. Tex.)

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(*Under Rule 20*)

I, Ismael Zambada Garcia, Defendant, have been informed that an indictment is pending against me in the above designated cause and in the Western District of Texas. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Eastern District of New York in which I am held, and to waive trial in the Western District of Texas.

Dated: August 7, 2025

x _____
Defendant

_____
FRANK A. PEREZ
Attorney for Defendant

APPROVED

_____
JUSTIN R. SIMMONS
United States Attorney
Western District of Texas

Digitally signed by JUSTIN SIMMONS
Date: 2025.08.14 12:23:42 -05'00'

_____
JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York